AO 91 (Rev. 11/11)  Criminal Complaint

SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA

FILED
AUG 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
) Case No. 3:18mj00026
)
Michael Paul Miselis )
)
)
_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11-12, 2017__ in the county of __Charlottesville__ in the
__Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2101 | Riots |
| 18 U.S.C. § 371 | Conspiracy to Riot |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Dino Cappuzzo, Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 08/27/2018

_____
Judge's signature

City and state: Charlottesville, Virginia

Honorable Joel C. Hoppe, U.S. Magistrate Judge
_Printed name and title_