CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
10/11/2018
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL PAUL MISELIS,<br>*Defendant.* | CASE NO. 3:18-cr-00025<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Before the Court is the government's motion to stay the Magistrate Judge's release order pending resolution of the government's appeal of that order pursuant to 18 U.S.C. § 3145(a)(1). The court having considered that motion, it herby GRANTS the government's request. The Magistrate Judge's release order shall be stayed pending this Court's resolution of the motion to revoke.

It is further ORDERED that the U.S. Marshall shall transport forthwith the defendant to the Western District of Virginia for a hearing on this matter.

It is further ORDERED that the parties shall file any additional submissions relating to the release or detention of the defendant no later than two days prior to a hearing in this matter. A hearing is to be scheduled promptly upon defendant's arrival in the Western District of Virginia.

So ORDERED this 11th day of October, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE