# Exhibit 1

Department of Motor Vehicles Image - CAL-PHOTO

## CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
## IMAGE RECORD FOR:

## MISELIS MICHAEL PAUL

**D6819910**   **EXPIRES:** 10/13/2018   **CLASS:** F   **SEX:** M
**HAIR:** BRN   **EYES:** BLU   **HEIGHT:** 602   **WEIGHT:** 175
**DATE OF BIRTH:** 10/13/1988
**ADDRESS:** 5762 ACORN CT, STOCKTON, CA 95212

**PHOTO DATE:** 12/14/2007   **PHOTO OFFICE:** 517   **APPLICATION DATE:** 10/09/2013   **APPLICATION OFFICE:** 235
**ISSUE DATE:** N/A   **ISSUE OFFICE:** N/A   **RESTRICTIONS:**
**PHOTO SEQ #:** 3882   **ENDORSEMENTS:**

**SIGNATURE:**





**FINGERPRINT:**

This photograph is a true copy of the photograph that is contained on the Department of Motor Vehicles photo database and delivered over the Department of Justice Cal-Photo communications network.

Date:_____   /s/_____