# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,

Case No.: 3:18CR00025-002    Date: November 1, 2018

| **Defendants:** | **Counsel:** |
|---|---|
| Michael Paul Miselis ( Custody ) | Jessica Phillips ( CJA ) |

PRESENT:   JUDGE:   Joel C. Hoppe, USMJ    TIME IN COURT: 9:14-9:27= 13 min

Deputy Clerk:   Heidi N. Wheeler
Court Reporter:   H. Wheeler/ FTR
U. S. Attorney:   Chris Kavanaugh/ Thomas Cullen
USPO:   Tammy Wellborn
Case Agent:   Dino Cappuzzo
Interpreter:

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings in District of arrest.
☒ Defendant requests appointment of counsel. CJA 23 completed in district of arrest. Financial affidavit printed from California case and reviewed in open Court. Court questions defendant. Court will appoint counsel. Jessica Phillips appointed.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | All counts |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

☒ Jury trial to be set once all defendants have arrived in this district.
☒ Defendant(s) remanded to custody.

Additional Information:
Parties will schedule bond appeal issue before Judge Moon.