IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:18CR00025 |
| | ) |
| BENJAMIN DRAKE DALEY, et al | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW appointed counsel for defendant Michael Paul Miselis, and hereby respectfully moves this Honorable Court for permission to withdraw from this case in accordance with Local Rule 6(i). Defendant has retained private counsel to represent him in this cause, and said counsel, Warren Eugene Cox, Esq., has noted his appearance.

WHEREFORE, counsel for defendant respectfully requests that the Court grant this Motion.

Respectfully submitted,

MICHAEL PAUL MISELIS
By counsel

/s/ Jessica F. Phillips
Jessica F. Phillips (VSB #65953)
Royer, Caramanis & McDonough, PLC
200-C Garrett Street
Charlottesville, VA 22902
(434) 260-8767 (telephone)
(434) 710-4061 (facsimile)
jphillips@rcmplc.com

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jessica F. Phillips
Jessica F. Phillips (VSB #65953)
Royer, Caramanis & McDonough, PLC
200-C Garrett Street
Charlottesville, VA 22902
(434) 260-8767 (telephone)
(434) 710-4061 (facsimile)
jphillips@rcmplc.com