SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/ [Deputy Clerk]

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.

Michael Paul Miselis

*Defendant*

Case No. 3:18mj00026

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Michael Paul Miselis, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 United States Code § 2101 (Riots) and

Title 18 United States Code § 371 (Conspiracy to Riot)

Date: 8/27/18

*Issuing officer's signature*

City and state: Charlottesville, Virginia

Honorable Joel C. Hoppe, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/27/18, and the person was arrested on *(date)* 10/2/18
at *(city and state)* St Lauzdale, CA

Date: 11/5/18

*Arresting officer's signature*

Michael Allan C/DUSM
*Printed name and title*