IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 3:18CR00025-002    Date: 12/03/2018

**Defendant:** MICHAEL PAUL MISELIS (custody)    **Counsel:** WARREN EUGENE COX (retained)

PRESENT:
- JUDGE: Norman K. Moon   TIME IN COURT: 11:28-11:59 am
- Deputy Clerk: Fay Coleman   12:21-12:26 pm (36 mins.)
- Court Reporter: JoRita Meyer
- U. S. Attorney: Thomas Cullen, Chris Kavanaugh
- USPO: Tammy Wellborn
- Case Agent: None
- Interpreter: N/A

PROCEEDINGS:
Hearing on #16 Appeal of Magistrate's Decision - Argument by counsel. Government exhibits tendered to the Court. Court's finding on the record. Bond denied.