AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **VIRGINIA**

UNITED STATES OF AMERICA

V.

MICHAEL PAUL MISELIS

## EXHIBIT AND WITNESS LIST

Case Number: 3:18CR00025-002

| PRESIDING JUDGE<br>Norman K. Moon | PLAINTIFF'S ATTORNEY<br>Thomas Cullen, Chris Kavanaugh | DEFENDANT'S ATTORNEY<br>W. Eugene Cox |
|---|---|---|
| TRIAL DATE (S)<br>12/3/2018 | COURT REPORTER<br>JoRita Meyer | COURTROOM DEPUTY<br>Fay Coleman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/3/2018 | Y | Y | Binder containing 8 images labeled Miselis 1 thru Miselis 8 |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages