# UNITED STATES OF AMERICA

v.

# BENJAMIN DALEY, ET AL



*Michael Miselis Bond Review*
December 3, 2018

















