**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No.: 3:18-cr-25 |
| | ) | |
| | ) | |
| MICHAEL PAUL MISELIS, | ) | |
| Defendant | ) | |

## DEFENDANT MICHAEL MISELIS'S ADOPTION OF DEFENDANT BENJAMIN DALEY'S REPLY IN SUPPORT OF MOTION TO DISMISS INDICTMENT

The defendant, Michael Paul Miselis, by counsel, joins in defendant Benjamin Daley's Reply in Support of Motion to Dismiss the Indictment filed herein on March 27, 2019 (Docket No. 87), for the reasons stated therein and adopts the reasoning as set forth therein in its entirety.

WHEREFORE the defendant, Michael Paul Miselis, respectfully movies this Honorable Court to grant the relief sought in defendant Benjamin Daley's Reply in Support of Motion to Dismiss the Indictment, and to grant him all other relief the Court deems proper and appropriate.

MICHAEL PAUL MISELIS

Respectfully Submitted,

S/Warren (Gene) Cox

By: _____

Of Counsel

Warren "Gene" Cox, VA Bar #33712
genecox@coxfedlaw.com
308 W. Spotswood Avenue
Elkton, VA 22827
(540) 742-5385 phone
(540) 779-0609 fax

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following person as well as other counsel of record.

Mr. Christopher Kavanaugh, Esq.
Assistant United States Attorney
Federal Building
U.S. Courthouse
255 West Main Street
Charlottesville, VA 22901

S/Warren (Gene) Cox

_____
Warren "Gene" Cox,
VA Bar #33712
genecox@coxfedlaw.com
308 W.Spotswood Avenue
Elkton, VA 22827
(540) 742-5385 phone
(540) 779-0609 fax