# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - GENERAL MINUTES

**Case No.:  3:18CR00025-001-3**          **Date:  4/22/2019**

---

**Defendant:  Benjamin Drake Daley ( Custody );**          **Counsel:  Lisa Lorish and Fred Heblich (AFPD);**
**Michael Paul Miselis ( Custody );**                              **Warren Cox;**
**Thomas Walter Gillen ( Custoy)**                                 **David Eustis ( CJA )**

---

PRESENT:       JUDGE:                Norman K. Moon          TIME IN COURT:  11:05-12:00 = 55 min
                       Deputy Clerk:          H. Wheeler
                       Court Reporter:        Sonia Ferris
                       U. S. Attorney:        Justin Lugar, Chris Kavanaugh, Thomas Cullen
                       USPO:
                       Case Agent:
                       Interpreter:

PROCEEDINGS:

Motion Hearing:  [72] Motion to Dismiss Indictment, [73] Motion to Dismiss Indictment, [74] First Motion to Dismiss

Ms. Lorish opens the arguments on the motions.  Mr. Eustis argues further, as well as Mr. Cox.  Ms. Lorish continues the arguments.

 Mr. Lugar responds for the Government.

Ms. Lorish closes.

 Remarks by Court.

Order will issue.