IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | Case No. 3:18-cr-25 |
| **BENJAMIN DRAKE DALEY,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Benjamin Drake Daley, defendant in the above-named case, here by appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment in a criminal case entered in this action on the 26th day of July, 2019.

Respectfully submitted,

BENJAMIN DRAKE DALEY

By Counsel

Counsel:
/s Lisa M. Lorish
Lisa M. Lorish (VSB No. 81465)
Assistant Federal Public Defender
Office of the Federal Public Defender
401 E. Market St, Ste 106
Charlottesville, VA 22902
Tel (434) 220-3380
Lisa_Lorish@fd.org

Frederick T. Heblich, Jr. (VSB 21898)
First Assistant Federal Public Defender
Office of the Federal Public Defender
401 E. Market Street, Ste. 106
Charlottesville, VA 22902
Tel. (434) 220-3386
Fred_Heblich@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                              s/ Frederick T. Heblich, Jr.
                                              First Asst. Federal Public Defender