FILED: July 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4550
(3:18-cr-00025-NKM-JCH-2)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

MICHAEL PAUL MISELIS

   Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
| Originating Case Number | 3:18-cr-00025-NKM-JCH-2 |
| Date notice of appeal filed in originating court: | 07/29/2019 |
| Appellant(s) | Michael Paul Miselis |
| Appellate Case Number | 19-4550 |
| Case Manager | Jeffrey S. Neal<br>804-916-2729 |