CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

09/17/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BENJAMIN DRAKE DALEY, *et al.*,<br><br>*Defendants.* | CASE NO. 3:18-cr-00025<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants Benjamin Drake Daley, Michael Paul Miselis, and Thomas Walter Gillen's motions for release on bond pending appeal. (Dkt. 139, 146, 147). For the reasons stated in the accompanying memorandum, the motions are **DENIED**, and Defendants Gillen, Miselis and Daley are hereby **ORDERED** to remain in the custody of the Attorney General or his designated representative for confinement pending Defendants' appeals (Dkt. 157, 159, 161).

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Defendants and all counsel of record.

Entered this 17th day of September, 2019.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE