FILED:  September 23, 2019

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-4553
(3:18-cr-00025-NKM-JCH-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

THOMAS WALTER GILLEN

Defendant - Appellant


_____

No. 19-4550(L)
(3:18-cr-00025-NKM-JCH-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MICHAEL PAUL MISELIS

Defendant – Appellant

———————————————

O R D E R

———————————————

The court grants the motion to deconsolidate and deconsolidates further

proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk