CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

10/15/2019

JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

Mrs. Julia Dudley,

    I am writing to request a copy of my docket and plea agreement if possible. Thank you very much for your time.

Michael Miselis
77038-112

REMO NW 895
10 OCT 2019 PM 3 T

77038-112
Michael Miselis
77038-112
Federal Correctional Institution
PO Box 800
Herlong, CA 96113
United States

77038-112
Julia Dudley
210 Franklin RD SW
Suite 540
Roanoke, VA 24011
United States

24011$2208

RECEIVED
OCT 15 2019
USDC Clerk's Office
Mail Room