FILED: October 13, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4550 (L)
(3:18-cr-00025-NKM-JCH-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MICHAEL PAUL MISELIS

    Defendant - Appellant

------------------------------

THE FREE EXPRESSION FOUNDATION, INC.

    Amicus Supporting Appellant

_____

No. 19-4551
(3:18-cr-00025-NKM-JCH-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BENJAMIN DRAKE DALEY

        Defendant - Appellant

------------------------------

THE FREE EXPRESSION FOUNDATION, INC.

        Amicus Supporting Appellant

_____

## M A N D A T E
_____

The judgment of this court, entered 08/24/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                        */s/Patricia S. Connor, Clerk*